UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL BRUCE VORCE,

                   Plaintiff,                       Case No. 1:13-cv-801

v.                                          Honorable Paul L. Maloney

INTELEPEER, INC. et al.,

                   Defendants.
_____/

## JUDGMENT

     In accordance with the Order issued this date,

     **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.

Dated:   September 4, 2013               /s/ Paul L. Maloney          
                                             Paul L. Maloney
                                             Chief United States District Judge